MEMORANDUM *
Plaintiffs appeal the district court’s order denying their motion for a preliminary injunction. We have jurisdiction pursuant to 28 U.S.C. § 1292(a)(1). We agree with the reasons thoughtfully expressed by the district court and find no abuse of discretion.
We have pendent appellate jurisdiction over the district court’s order striking the declaration of Plaintiffs’ expert. Hendricks v. Bank of Am., N.A., 408 F.3d 1127, 1134 (9th Cir.2005). Reviewing for abuse of discretion, we affirm.
AFFIRMED.

 This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.